IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NICOLE K. and ROMAN S., by next friend Linda R.; ABIGAIL R., LILY R., and RACHEL H., by next friend Nancy B.; and ANNA C., BRIAN P., AMELIA P., ALEXA C., and ZACHARY H., by next friend Jessie R.; for themselves and those similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>TERRY J. STIGDON, Director of the Indiana Department of Child Services, in her official capacity, HON. MARILYN A. MOORES, Marion Superior Court Judge, in her official capacity, HON. MARK A. JONES, Marion Superior Court Judge, in his official capacity, HON. THOMAS P. STEFANIAK, JR., Lake Superior Court Judge, in his official capacity, HON. MARSHA OWENS HOWSER, Scott Superior Court Judge, in her official capacity, and HON. JASON M. MOUNT, Scott Circuit Court Judge, in his official capacity,<br><br>    Defendants. | Case No.: 1:19-cv-01521-JPH-MJD<br><br><br><br><br><br>JURY TRIAL DEMANDED<br><br>Honorable James Patrick Hanlon |

**MEMORANDUM IN SUPPORT OF PLAINTIFFS'
UNOPPOSED MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO
<u>DEFENDANTS' MOTION TO DISMISS</u>**

## I. INTRODUCTION

Good cause exists to grant Plaintiffs leave to file a sur-reply limited to addressing *Garcia v. Fox*, No. 18-CV-04205, 2019 WL 2371718 (N.D. Ill. June 5, 2019). Defendants' Reply in Support of Motion to Dismiss ("Reply") cites the newly decided *Garcia* case for the first time. (Reply at 8.) The case was decided after Plaintiffs filed their Opposition to the Motion to Dismiss, and thus Plaintiffs have not had an opportunity to address this new authority.

## II. ARGUMENT

"The decision to permit the filing of a surreply is purely discretionary and should generally be allowed only for valid reasons, such as when the movant raises new arguments in a reply brief." *U.S. for use and benefit of Sustainable Modular Mgmt., Inc. v. Custom Mech. Sys., Corp.*, No. 1:16-cv-02915-JMS-MJD, 2017 WL 4405050, at *2 (S.D. Ind. Oct. 4, 2017) (quoting *Meraz-Camacho v. United States*, 417 F. App'x 558, 559 (7th Cir. 2011)). Plaintiffs satisfy this standard because Defendants' Reply relies on *Garcia*, and its alleged application to *Younger* abstention, for the first time, and Plaintiffs have had no opportunity to address this case. (Reply at 8.) Plaintiffs have attached a brief sur-reply limited to discussing *Garcia* and that otherwise raises no new arguments.

## III. CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request leave to file the attached sur-reply. Defendants' counsel have indicated that Defendants do not oppose this motion.

| | |
|---|---|
| Dated:  June 21, 2019 | By:   /s/ *Stephen D. Keane*  |

                                          Kathleen A. DeLaney (#18604-49)
                                          DELANEY & DELANEY LLC
                                          3646 Washington Blvd.
                                          Indianapolis, IN  46205
                                          Telephone: 317.920.0400
                                          Facsimile: 317.920.0404
                                          KDelaney@delaneylaw.net

                                          Mark C. Zebrowski (*Pro Hac Vice*)
                                          Stephen D. Keane (*Pro Hac Vice*)
                                          MORRISON & FOERSTER LLP
                                          12531 High Bluff Drive
                                          San Diego, California  92130-2040
                                          Telephone: 858.720.5100
                                          Facsimile: 858.720.5125
                                          MZebrowski@mofo.com
                                          SKeane@mofo.com

                                          Robert C. Fellmeth (*Pro Hac Vice*)
                                          CHILDREN'S ADVOCACY INSTITUTE
                                          University of San Diego School of Law
                                          5998 Alcala Park
                                          San Diego, California  92110
                                          Telephone: 619.260.4806
                                          Facsimile: 619.260.4753
                                          cpil@sandiego.edu

                                          *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that this MEMORANDUM IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS was filed electronically on June 21, 2019, and was simultaneously served on all counsel who have appeared in this matter through the Court's ECF system.

> */s/ Stephen D. Keane*
> Attorney for Plaintiffs