UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NICOLE K. by next friend Linda R.;  for themselves and those similarly situated, ABIGAIL R. by next friend Nancy B.;  for themselves and those similarly situated, ANNA C. by next friend Jessie R.; for themselves and those similarly situated,, ROMAN S. by next friend Linda R.;  for themselves and those similarly situated, LILY R. by next friend Nancy B.;  for themselves and those similarly situated, RACHEL H. by next friend Nancy B.;  for themselves and those similarly situated, BRIAN P. by next friend Jessie R.; for themselves and those similarly situated, AMELIA P. by next friend Jessie R.; for themselves and those similarly situated, ALEXA C. by next friend Jessie R.; for themselves and those similarly situated, ZACHARY H. by next friend Jessie R.; for themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TERRY J. STIGDON Director of the Indiana Department of Child Services in her official capacity, MARILYN A. MOORES Honorable, Marion Superior Court Judge, in her official capacity, MARK A. JONES Honorable, Marion Superior Court Judge, in his official capacity, THOMAS P. STEFANIAK, JR. Honorable, Lake Superior Court Jude, in his official capacity, MARSHA OWEN HOWSER Honorable, Scott Superior Court Judge, in her official capacity, | No. 1:19-cv-01521-JPH-MJD |

1

| | |
|---|---|
| JASON M. MOUNT Honorable, Scott Circuit Court Judge, in his official capacity, | ) ) ) ) |
| Defendants. | ) ) |

**FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 58**

Having this day directed the entry of final judgment, the Court now enters **FINAL JUDGMENT** in favor of Defendants and against Plaintiffs. This action is dismissed without prejudice.

**SO ORDERED.**

Date: 3/3/2020

Laura A. Briggs, Clerk of Court

By: *Pam Pope*
Deputy Clerk

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Annavieve C. Conklin
DELANEY & DELANEY LLC
ACONKLIN@DELANEYLAW.NET

Kathleen Ann DeLaney
DELANEY & DELANEY LLC
kathleen@delaneylaw.net

Robert C. Fellmeth
CHILDREN'S ADVOCACY INSTITUTE
cpil@sandiego.edu

Jefferson S. Garn
INDIANA ATTORNEY GENERAL
Jefferson.Garn@atg.in.gov

Stephen D. Keane
MORRISON & FOERSTER LLP
skeane@mofo.com

Stephanie V. McGowan
FROST BROWN TODD LLC (Indianapolis)
smcgowan@fbtlaw.com

Diana Lynn Moers
INDIANA ATTORNEY GENERAL
diana.moers@atg.in.gov

Anthony W. Overholt
FROST BROWN TODD LLC (Indianapolis)
aoverholt@fbtlaw.com

Andrea Elizabeth Rahman
OFFICE OF THE INDIANA ATTORNEY GENERAL
andrea.rahman@atg.in.gov

Robert Austin Rowlett
INDIANA ATTORNEY GENERAL
Robert.Rowlett@atg.in.gov

Mark C. Zebrowski
MORRISON & FOERSTER LLP
mzebrowski@mofo.com