# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| NICOLE K. and ROMAN S., by next friend Linda R.; ABIGAIL R., LILY R., and RACHEL H., by next friend Nancy B.; and ANNA C., BRIAN P., AMELIA P., ALEXA C., and ZACHARY H., by next friend Jessie R.; for themselves and those similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TERRY J. STIGDON, Director of the Indiana Department of Child Services, in her official capacity, HON. MARILYN A. MOORES, Marion Superior Court Judge, in her official capacity, HON. MARK A. JONES, Marion Superior Court Judge, in his official capacity, HON. THOMAS P. STEFANIAK, JR., Lake Superior Court Judge, in his official capacity, HON. MARSHA OWENS HOWSER, Scott Superior Court Judge, in her official capacity, and HON. JASON M. MOUNT, Scott Circuit Court Judge, in his official capacity, <br><br> Defendants. | Case No.: 1:19-cv-01521-JPH-MJD |

## NOTICE OF APPEAL

Notice is hereby given that Nicole K. and Roman S., by next friend Linda R.; Abigail R., Lily R., and Rachel H., by next friend Nancy B.; and Anna C., Brian P., Amelia P., Alexa C., and Zachary H., by next friend Jessie R., plaintiffs in this proposed class action, appeal on behalf of themselves and all others similarly situated to the United States Court of Appeals for the Seventh Circuit from the District Court's March 3, 2020 Order granting Defendants' Motion to Dismiss (Dkt. 108), the Entry of Final Judgment against plaintiffs (Dkt. 109), and from any and all other orders, rulings, findings, and/or conclusions that were adverse to plaintiffs.

Dated:  March 31, 2020     By:    /s/ *Stephen D. Keane*

    Kathleen A. DeLaney (#18604-49)
    DELANEY & DELANEY LLC
    3646 Washington Blvd.
    Indianapolis, IN  46205
    Telephone: 317.920.0400
    Facsimile: 317.920.0404
    kathleen@delaneylaw.net

    Mark C. Zebrowski (*Pro Hac Vice*)
    Stephen D. Keane (*Pro Hac Vice*)
    MORRISON & FOERSTER LLP
    12531 High Bluff Drive
    San Diego, California  92130-2040
    Telephone: 858.720.5100
    Facsimile: 858.720.5125
    MZebrowski@mofo.com
    SKeane@mofo.com

    Robert C. Fellmeth (*Pro Hac Vice*)
    CHILDREN'S ADVOCACY INSTITUTE
    University of San Diego School of Law
    5998 Alcala Park
    San Diego, California  92110
    Telephone: 619.260.4806
    Facsimile: 619.260.4753
    cpil@sandiego.edu

    *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

  I certify that Plaintiffs' Notice of Appeal was filed electronically on March 31, 2020, and was simultaneously served on all counsel who have appeared in this matter through the Court's ECF system.

                */s/ Stephen D. Keane*
                Stephen D. Keane
                Attorney for Plaintiffs